UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS, *et al.*, | No. C 10-01707 LB |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MILCO CONSTRUCTORS INC, | |
| Defendant. | |

The CMC in this case was scheduled for August 5, 2010. ADR Scheduling Order, ECF No. 3. On August 2, 2010, Plaintiffs filed a Motion for Default Judgment against Defendant Milco Constructors, Inc. Mot. for Default Judg., ECF No. 9. Plaintiffs noticed the motion for hearing before this Court on September 16, 2010. *Id.* at 1. Accordingly, the Court **HEREBY VACATES** the CMC set for August 5, 2010.

**IT IS SO ORDERED.**

Dated: August 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge