Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>  Plaintiffs,<br><br>vs.<br><br>MILCO CONSTRUCTORS, INC., a Delaware Corporation,<br><br>  Defendant. | CASE NO. CV 10-1707 CW<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT MILCO CONSTRUCTORS, INC.** |

  Plaintiffs, by and through their attorneys of record, Katzenbach and Khtikian, hereby request the dismissal, with prejudice, of the only defendant, MILCO CONSTRUCTORS, INC.,

1  from this action.

2                                              Respectfully submitted,

3                                              Katzenbach & Khtikian

4
   Dated: January 5, 2011                      By:___/s/ Conor Mack____
5                                                     Conor D. Mack
                                                   Attorneys for Plaintiffs
6

7

8

9

10
            **IT IS SO ORDERED**.
11

12
   Dated:___**1/14/2011**_____         _____
13                                              CLAUDIA WILKEN
                                                United States District Judge
14

15

...

28

**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach and Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. I served the within:

1. **REQUEST FOR DISMISSAL OF DEFENDANT MILCO CONSTRUCTORS, INC.**

on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at San Francisco, California, on January 5, 2011 addressed as follows:

Larry Cianciola
Milco Constructors Inc.
3903 "B" Cherry Ave.
Long Beach, CA 90807

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 5, 2011.

    /s/ Cheri Yau
    Cheri Yau